NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1540

SYSTEMS INTEGRATED, INC.,

Appellant,

v.

Donald C. Winter, SECRETARY OF THE NAVY,

Appellee.

Brian J. Donovan, Jones & Donovan, of Newport Beach, California, argued for appellant.

Sean B. McNamara, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee. With him on the brief were Jeffrey S. Bucholtz, Assistant Attorney General; Jeanne E. Davidson, Director; and Donald E. Kinner, Assistant Director.

Appealed from: Armed Services Board of Contract Appeals

Administrative Judge Jack Delman

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1540

SYSTEMS INTEGRATED, INC,

Appellant,

v.

Donald C. Winter, SECRETARY OF THE NAVY,

Appellee.

# Judgment

ON APPEAL from the      Armed Services Board of Contract Appeals

In CASE NO(S).      54439.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (RADER, DYK and MOORE, Circuit <u>Judges</u>).

**AFFIRMED.** <u>See</u> Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED   <u>May 7, 2008</u>      <u>/s/ Jan Horbaly</u>

*Jan Horbaly, Clerk*

.